**Fill in this information to identify your case:**

Debtor 1: John Lawrence Ryan

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Phila, PA

Case number (If known): 24-13407

☐ Check if this is an amended filing

FILED OCT 21 2024 TIMOTHY McGRATH

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules           12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ John Ryan                           X _____
Signature of Debtor 1                      Signature of Debtor 2

Date 9/16/2024                             Date _____
     MM / DD / YYYY                              MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules